UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JAMES KENNETH CLARK** | **CASE NO. 6:19-CV-01202** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **MARCUS TODD SAMPSON ESTATE ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

### JUDGMENT

Presently before the Court is the Motion to Dismiss for Lack of Jurisdiction [ECF No. 4] (the "Motion to Dismiss") filed by defendants David L. Norman, Mackem Aviation, and American National Property and Casualty Company. For the reasons stated in the Court's Memorandum Ruling,

IT IS ORDERED THAT the Motion to Dismiss for Lack of Jurisdiction [ECF No. 4] (the "Motion to Dismiss") filed by defendants David L. Norman, Mackem Aviation, and American National Property and Casualty Company is GRANTED and the claims against David L. Norman, Mackem Aviation, and American National Property and Casualty Company are DISMISSED for lack of jurisdiction.

THUS DONE in Chambers on this 30th day of November, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE